**IN the INTEREST OF: G.C., D.E., and M.E.**

**Juvenile Officer, Respondent,**

v.

**M.C. (Mother) and M.E. (Father), Appellants.**

**WD 78681 (Consolidated with WD 78686 and WD 78687)**

Missouri Court of Appeals, Western District.

ORDER FILED: February 23, 2016

nity to be heard. Issues not raised "in the point relied on are not preserved for appeal."

Lori Fluegel, Kansas City, MO, Attorney for Respondent.

A. Renae Adamson, Kansas City, MO, Guardian ad litem.

Michael T. Raupp, Kansas City, MO, Attorney for Appellant M.C. (Mother).

Anita I. Rodarte, Kansas City, MO, Attorney for Appellant M.E. (Father).

Before Division II: Cynthia L. Martin, Presiding Judge, and Mark D. Pfeiffer and Karen King Mitchell, Judges

### Order

Per Curiam:

M.E. ("Father") and M.C. ("Mother") each appeal the judgment of the Circuit Court of Jackson County, Missouri, Family Division, terminating their parental rights as to D.E. and M.E. and terminating Mother's parental rights as to G.C. We affirm. Rule 84.16(b).